# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal No. 17-147 |
| | ) |
| ADAM D. CADLE, | ) |
| | ) |
| Defendant. | ) |

**HEARING ON** __- SENTENCING__

Before Judge Nora Barry Fischer

Carolyn J. Bloch, AUSA                Thomas Livingston, AFPD
Appear for USA                        Appear for Defendant

Probation – Rick Gama

Hearing begun   10/25/18 at 11:04 a.m.        Hearing adjourned to _____
Hearing concluded 10/25/18 at 12:50 p.m.      Stenographer :  B. Leo
                                              Clerk: J. Galovich

**WITNESSES:**

For Government                          For Defendant
                                        1. Douglas D. Cadle (10/25/18)

Court details background of case;   Oath administered to defendant; Court asks defendant questions re: Presentence Report, Addendum & Tentative Findings, defendant answers & understands;   Court remarks on Guidelines and pertinent Supreme Court & Circuit Court decisions;   Court notes that parties have no further objections to Presentence Report;   Court adopts the Presentence Report & addendum, except as otherwise set forth in the Court's Tentative Findings & Rulings;   Court adopts its Tentative Findings & Rulings as its Initial Findings and Rulings;   Court comments on defendant's Motion for Downward Variance [62] and Letters in Support of defendant [63];   Court hears testimony of witness for defendant; Court makes additional findings on the record;   Court hears counsel positions regarding aspects of Sentence;   Court grants defendant's Motion for Variance;   Sentence Imposed as to Counts 1 & 2 :   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of sixty (60) months, said term comprised of sixty (60) months at each of Counts 1 and 2, to be served concurrently w/recommendations more fully stated in Judgment; Ten (10) years' Supervised Release, comprised of ten (10) years at each of Counts 1 and 2, to run concurrently w/standard and additional conditions;   Restitution ordered in the amount of $2,000.00 (Interest waived) (payment details stated more fully in Judgment); Fine waived;   $200.00 Special Assessment, due immediately;   The Preliminary Order of Criminal Forfeiture dated 6/4/18 [48] (indicating that: 1. All right, title and interest of Adam D. Cadle in one Apple desktop computer, Model No. Al418, Serial Number C02PT0W1FY0T and one SanDisk Cruzer Glide thumb drive, Model No. SDCZ60-0l6G, Serial Number BL12l0240908, delineated by asset identification number l7-FBI-007193, are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 2253(a)(3);   2. This Order of Forfeiture against Adam D. Cadle will be made part of the criminal judgment against him and incorporated into his sentence pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure;   3. The Court will adjudicate all third-party claims) is made part of the Judgment;   Court states its reasons for imposition of Sentence; Court advises defendant of appeal rights;   Defendant permitted to self-report to the U.S. Marshal by no

later than 9:00 a.m. on 12/6/18, unless defendant is advised to report to a facility at an earlier date by the Bureau of Prisons;   In addition, the Court orders that Defendant Adam D. Cadle's conditions of Bond are amended as follows:    It is ordered that the defendant shall register, within three (3) days of imposition of Judgment, as a convicted sex offender where he resides, is employed, carries on a vocation or is a student. In all other respects, Defendant Adam D. Cadle's previously imposed conditions of Bond shall remain in full force and effect.    An appropriate Order to this effect shall follow.