IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal No. 17-147 |
| | ) |
| ADAM D. CADLE, | ) |
| | ) |
| Defendant. | ) |

<u>O R D E R</u>

AND NOW, this 25th day of October, 2018,

IT IS HEREBY ORDERED that Defendant Adam D. Cadle's conditions of Bond are AMENDED as follows: It is ordered that the defendant shall register, within three (3) days of imposition of Judgment, as a convicted sex offender where he resides, is employed, carries on a vocation or is a student.

In all other respects, Defendant Adam D. Cadle's previously imposed conditions of Bond shall remain in full force and effect.

<u>s/Nora Barry Fischer</u>
United States District Judge

cc/ecf:   Carolyn J. Bloch, Asst. U.S. Atty.

Thomas Livingston, AFPD

Adam D. Cadle (USM No. 38475-068) c/o Thomas Livingston, AFPD

Probation Office

U.S. Marshal